### 44296. BUTLER AUCTION COMPANY, INC. v. HOSCH et al.

QUILLIAN, Judge. Without a proper certificate from the trial judge, an appeal from an order dismissing the plaintiff's claim is premature when there is a counterclaim pending in the court below. 6 Moore's Federal Practice 2d 248, § 54.35; *O'Kelley v. Evans*, 223 Ga. 512, 513 (156 SE2d 450); *Dean v. Gainesville Stone Co.*, 118 Ga. App. 142, 143 (1) (162 SE2d 858). See *Davis v. Roper*, 119 Ga. App. 442.

*Appeal dismissed. Felton, C. J., and Pannell, J., concur.*

ARGUED MARCH 3, 1969—DECIDED APRIL 21, 1969.

*Roy N. Newman*, for appellant.

*Stark & Stark, Homer M. Stark, Webb & Fowler, W. Howard Fowler*, for appellees.